UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORENZO TUCKER III,<br><br>　　　　　　　　Plaintiff,<br>v.<br>CAROLYN ELLSWORTH dba AGENT,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-01014-APG-GWF<br><br>**ORDER** |

On June 8, 2018 the Court denied, Plaintiff's Application for Leave to Proceed *In Forma Pauperis*. It was recommended that Plaintiff file a complete application to proceed *in forma pauperis* and file an amended complaint that addressed the noted deficiencies. *See Order*, (ECF No. 3). Upon review and consideration, the Court will allow Plaintiff thirty (30) days from the entry of this order to file a completed application to proceed *in forma pauperis* and amend his complaint, should he elect to do so. Failure to comply may result in order to show cause. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until **December 3, 2018**, to file a completed Application to Proceed in *Forma Pauperis* on the correct form with complete financial attachments in compliance with 28 U.S.C. §1915(a); or pay the $400.00 filing fee.

**IT IS FURTHER ORDERED** that the Plaintiff shall have until **December 3, 2018**, to file an amended complaint.

**IT IS FURTHER ORDERED** that the Clerk of the Court retain the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail Plaintiff a copy of the Application to Proceed *In Forma Pauperis* By An Inmate Under 28 U.S.C. §1915, along with a copy of the instant Order and the Court's Order (ECF No. 3) dated June 8, 2018. Failure to

timely comply with the terms of this Order will result in an order to show cause why the case should not be recommended for dismissal.

Dated this 2nd day of November, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE