UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LORENZO TUCKER III,<br><br>                        Plaintiff,<br>v.<br>CAROLYN ELLSWORTH, *et al.*,<br>                        Defendants. | Case No. 2:18-cv-01014-APG-GWF<br><br>**FINDINGS AND RECOMMENDATION** |

This matter is before the court on Plaintiff's failure to comply with the court's Order (ECF No. 5). This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

Plaintiff is proceeding in this action *pro se* and he submitted a complaint on June 4, 2018. *See* Compl. (ECF No. 1-1). The court issued a Screening Order (ECF No. 3) denying Plaintiff's application to proceed *in forma pauperis* as incomplete and screening the complaint pursuant to 28 U.S.C. § 1915(e). The undersigned found that Plaintiff's complaint failed to state a valid claim. On November 2, 2018, the Court instructed Plaintiff to file his amended complaint and complete application to proceed *in forma pauperis* by no later than December 3, 2018. ECF No. 4. The Order warned Plaintiff that a failure to file an amended complaint addressing the deficiencies explained by the court would result in a recommendation to the district judge that this case be dismissed. *Id*.

On January 9, 2019 the Court issued an Order to Show Cause (ECF No. 4) directing Plaintiff to "show cause, in writing, no later than **February 1, 2019** why his matter should not be dismissed for failure to file an amended complaint." ECF No. 5. The Court again warned Plaintiff that failure to timely respond to the order would result in a recommendation to the district judge that this case be dismissed. To date, Plaintiff ha snot filed an amended complaint, requested an

1

extension of time, or taken any other action to prosecute this case. Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Complaint (ECF No. 1-1) be DISMISSED.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court be instructed to close the case and enter judgment accordingly.

Dated this 19th day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

### NOTICE

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.