# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LORENZO TUCKER III,

    Plaintiff

v.

CAROLYN ELLSWORTH,

    Defendant

Case No.: 2:18-cv-01014-APG-GWF

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 7]

On February 19, 2019, Magistrate Judge Foley recommended that I dismiss this case because plaintiff Lorenzo Tucker III has failed to comply with the court's orders. ECF No. 7. Tucker did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

Additionally, Judge Foley's report and recommendation was returned in the mail. ECF No. 8. Under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

/ / / /

/ / / /

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation (**ECF No. 7) is accepted**. Plaintiff Lorenzo Tucker III's complaint is DISMISSED. The clerk is directed to enter judgment accordingly and close this case.

DATED this 22nd day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE